# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON CHRISTOPHER MACEACHERN, | Case No. 2:21-cv-01597-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 1] |
| KILOLO KIJAKAZI, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 1. Plaintiff failed to identify whether he has any cash in response to Question 4, whether he expects major changes to income or liabilities in the next 12 months in response to Question 9, and how much he will pay in attorney's fees in response to Question 10. *See id.* at 2, 5. Accordingly, the Court **DENIES** Plaintiff's application for leave to proceed *in forma pauperis* without prejudice. Plaintiff will be granted an opportunity to cure the deficiencies of the application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff must file a complete, accurate application responding to every question provided on the application.

No later than **October 7, 2021,** Plaintiff must either file a complete application to proceed *in forma pauperis* or pay the filing fee. **Failure to timely comply with this order may result in this case being dismissed without prejudice.**

IT IS SO ORDERED.

Dated: September 8, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1