AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JASON CHRISTOPHER MACEACHERN,
          Plaintiff,

v.

KILOLO KIJAKAZI,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01597-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's attorney is awarded attorney's fees in the amount of $1,000.

| | |
|---|---|
| 3/7/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |